No. 1,201.—IN RE WILLIAM NEWTON.

Original proceeding in disbarment.

Order of disbarment entered January 11, 1898. Motion to vacate disbarment order, filed June 27, 1901. Motion denied. PER CURIAM.

———

No. 1,691.—BOE, APPELLANT, v. McDONALD ET AL., RESPONDENTS.

*Appeal from District Court, Flathead County.*

Motion to dismiss appeal. Decided July 15, 1901.

Motion granted. PER CURIAM.

*Messrs. Foote & Pomeroy,* for Respondents.

———

No. 1,682.—STATE EX REL. ANACONDA COPPER MIN-ING CO. ET AL., RELATORS, v. DISTRICT COURT OF THE SECOND JUDICIAL DIS-TRICT ET AL., RESPONDENTS.

Original application for a writ of supervisory control. Writ granted August 1, 1901 (see opinion *ante,* page 504).

On August 3, 1901, the court made an addition to the order made herein on August 1, 1901, as follows, to-wit: